

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-12-00823-CV

Joel M. **HAILEY**,
Appellant

v.

Joseph **PADUH** III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and
Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and Successor Independent
Executor of the Estate of James L. Corzine, Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-0856A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After we granted both appellant and appellee an extension of time to file their respective motions for rehearing, making the rehearings due June 23, 2014, appellant filed a second, unopposed motion for extension of time to file a motion for rehearing. In that motion, appellant states the parties are in ongoing settlement negotiations and need additional time to "work out the details." Accordingly, we **GRANT** appellant's motion and **ORDER** appellant to file his motion for rehearing, if any, on or before July 21, 2014. Appellant is advised that no further extensions of time to file the motion for rehearing will be granted absent written proof of extraordinary circumstances.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court